### HUDDLESTON *v.* HUDDLESTON.

DUCKWORTH, Justice. While a share cropper who, as the evidence shows, owns no property or money and has no means of acquiring money save the sale of his farm crop will not be held in contempt of court, before the maturity and sale of his crops, for non-payment of an alimony judgment (*Banks* v. *Banks,* 188 *Ga.* 181, 3 S. E., 2d, 717), and while a husband who, as the evidence shows, is without money or property and unable to obtain employment will not be held in contempt of court for non-payment of alimony (*Poole* v. *Wright,* 188 *Ga.* 255, 3 S. E. 2d, 731), yet where, as in the instant case, the evidence showed that the defendant owned an automobile, and was silent as to its value or the amount of the mortgage thereon, the judge was authorized to find that no bona fide attempt had been made to comply with the order of the court, and the judgment holding him to be in contempt will not be disturbed. *Wheeless* v. *Wheeless,* 157 *Ga.* 213 (121 S. E. 241); *Garrett* v. *Garrett,* 175 *Ga.* 455 (165 S. E. 230).

*Judgment affirmed. All the Justices concur.*

No. 13018. OCTOBER 11, 1939. REHEARING DENIED NOVEMBER 17, 1939.

229

*S. B. Wallace* and *Lester Dickson,* for plaintiff in error.
*Thomas C. Denmark,* contra.